# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DARREN DOUGLAS JOHNSON, | Case No. CV 05-4334-DOC (SH) |
| Petitioner, | JUDGMENT |
| v. | |
| A.K. SCRIBNER, WARDEN, | |
| Respondent. | |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: December 4, 2008

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE